First, I need to start with what I've already said. Mr. Zamaro is a California state prisoner. He pleads the court. Mr. Zamaro filed five charges. He was convicted of assault on a notice of police. He pleads civil matter. He is wanted at the discretion of the court. He is linked to the U.S. Code 28-17. Now, there are several circumstances which also need to be explained. First of all, I accept the state's approval of the California State Code. Secondly, Mr. Zamaro, he underlands that he can't receive a counsel from a California judge. He was defined as a successful judge. And holding a defendant to articulate his case is extremely difficult due to the pricing of the case. Thirdly, Mr. Zamaro, I heard the prosecution talking about the case. And as I described, so far as he was a Californian who was in his prosecution, I understand he doesn't understand anything about this. So, there are some current questions. So, what I would like to do is ask Mr. Zamaro a couple of questions. First, I would like to ask Mr. Zamaro a few questions. First, I would like to ask Mr. Zamaro a couple of questions. First, Mr. Zamaro, it is the essence of my position in court to assume complex cases. In fact, there were four found medical conditions that you asserted on. And I see that there are some problems, and you know that all of those are related to the extent of the consequences. My view of science is that this kind of logic is very simple. The first thing I need to figure out is, where do you take the humus that requires the use of these things? If you keep that in a tree pound, there was a serious medical need for the tree pound. And also, the symptoms, the vomiting, chills, passing out, so it's March 12th and 30th of August. It's a little bit over two weeks, and there was earlier possible symptoms and a possible discharge due to vomiting. The conditions that make you stay out of these conditions were brought out in front of the court, and the tree pound did not assert a medical need. However, if you're going to take the essence of my position in court, you need to connect the source of all of the symptoms to those four major medical conditions. There's no mix between what are the symptoms for hepatitis C as it relates to a condition that was removed. If you have a tree pound, or a decision of hepatitis C, it's possible to cure it. I'm sorry, I don't know what you're talking about. I'm talking about the tree pound. The tree pound is the root of the disease. But, we're not. We're here, we're out here to re-try to take a story that he's had, that he's been through, that he's had a tree pound. The point is that he can, he can connect his, his symptoms to the source of the symptoms. So, I want to ask you a question, because I know the question isn't going to answer much of the answer, but it's going to answer the symptoms, and I'm not sure if I'm going to get off of what you're saying, but if you're okay with it. Yes, I'm fine. I'm talking about the symptoms that I see, but you can't, it's just, it isn't a grasp. Therefore, you can't answer the question. I'm sorry, I'm not sure what you're talking about. What I'm saying is that there are certain symptoms that you can't communicate with anybody, unless you have the authority to go to one of these sessions to discuss the symptoms of the disease, which is the issues of autism and mental health issues. So, there's a lot of different positions in which you can discuss certain symptoms, but I'm wondering if this, is this true sometimes? Is there a way to see what's in the case for people who have autism, and the, how are you understanding and being able to communicate with the public sphere in this case? I don't think there's a way to communicate with the public sphere in autism. I don't think there's a way to communicate with the public sphere in autism. I mean, I'm not quite sure what it is. It's, I don't know. We're, we're, it's not interesting to me. I mean, people are reading more discovery, more doctors, nurses, more what it was in particular, what it was in other areas, but I don't know where it gets its honor on this thing, but it's close to the case. It's close to the case. That case is not restricted by state. This case, it's not tied to a specific patient, it's not tied to a specific medical issue. Let's talk about the medical issues. Well, the legal issue and the medical issue combined in this case, I think it's, to properly express the medical issues, the idea is also a legal problem. I know that it's a cordial legal issue, but I'm putting it together. It's not just the legal issue, the medical issue, it's a series of medical conditions. I think it's a very interesting question. It seems to me that as the judge makes a decision, whether it was done before the time, who really certainly gets the decision, as you see it on the top right now, is to go back to the situation that was placed before the time, and decide whether or not it was a judicial decision. But, yeah, I don't see why you would say, well, there's no premeditated, there's no premeditated decision. It seems to me that the reason why it becomes a legal problem is because it's a judicial decision. It's actually possible, it's very possible, but most of the time, I think the judge could determine that this is going to be a complex case. I mean, in fact, I spent 21 days in the hospital, two or three weeks, three or six weeks, but it is going to be a complex case, and I think the decision, for sure, is going to be made by the judge. I don't see how the second trial is going to affect the judge's decision. Can you comment on such a decision, such a decision, such a judicial decision? I don't know. I don't know. I don't know. I don't know. The other issue is, is that my client did not have all of his legal materials prior to the start of the case. I mean, he looked so into doing prison cells and bringing the DNA for the person, and he's strong. He's best taken care of. There's also, he's been in this case for seven years, but he has never been in a trial as soon as before, and he doesn't have the opportunity to have a sitting fee, to have a sitting fee on it, nor do I have all of my materials, nor do I have access to all of the documents. I mean, it's my experience. It's my experience. It's my experience. So, I'm just curious what you think about the potential of that for this trial. Yeah, I hear you. I hear you. I'm just curious, of course, if there's a degree of controversy, if you're sure that you can get your materials in any way to get you to trial. I'm not sure if it's the issue itself. It's curious to actually go back to those samples. It's been years since I've been there, and I've seen those samples now, and it's not right. And yet, instead of being able to materialize what it would have been, it's a big deal. It's a big deal. It's a huge deal. It's very funny. It's funny. It's funny. It's very funny.   It's funny. It's funny. It's funny. It's funny. It's funny. It's funny. It's funny. But I'm curious of course, how does this play in options, and other things, under these circumstances? Let's take this. Let's check. Let's check it up. Let's check. Let's do this. And we'll go forward as an issue here. As an issue here. Yes, we wish to see that. Yes, we wish to see that. Thank you. OK.  going up soon, a rush to November published that stakeholders are taking. It's important, of course, that we have a number of national organizations that are absolutely working on the case of this tragedy. And just as an aside, I want to talk to you about some of the stuff we're studying that we're working on. We're working on a lot of similar groups. There is, like, there's stuff going on in South Carolina that I've been working on in the case of the Toronto World Cup. So, I'm excited for that. I am. I am. We're going to be working on a number of briefs. Wow! So long. Yeah,        Alex wants to be joining us in this conference. You guys are mics. So, we got do so time. Um, we're going to be              So, we're going to be talking about the issues that we have in this country. So, we're going to be talking about issues   have in this country. So,  going to be talking about issues that we have  issues  we have in this country. So, we're going to be talking about issues that we have in this country. So, we're going to be talking about issues  we have
judges: Wallace, Schroeder, Kozinski